# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICRO-GAMING VENTURES, LLC<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS, INC.<br><br>Defendant. | Civil Action No. 2:25-cv-04102-ZNQ<br><br>*Document Filed Electronically* |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF MICRO-GAMING VENTURES, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Micro-Gaming Ventures, LLC hereby submits the following corporate disclosure statement:

Micro-Gaming Ventures, LLC is a Texas limited liability company. No publicly held corporation owns 10% or more of the stock of Micro-Gaming Ventures, LLC.

Dated: May 9, 2025

Respectfully submitted,

/s/ Cali R. Spota
Cali R. Spota
FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: (609) 844-7437
Facsimile: (609) 896-469
Email: cspota@foxrothschild.com

Jordan B. Kaplan
Marc J. Gross
FOX ROTHSCHILD LLP
49 Market St.
Morristown, NJ 07960-5122
Telephone: (973) 994-7819
Facsimile: (973) 992-9125
jbkaplan@foxrothschild.com
mgross@foxrothschild.com

*Attorneys for Plaintiff,*
*Micro-Gaming Ventures, LLC*

*Of Counsel*:

Timothy Devlin (*Pro Hac Vice application forthcoming*)
Joseph J. Gribbin (*Pro Hac Vice application forthcoming*)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF MICRO-GAMING VENTURES, LLC was served on all counsel of record on this date via CM/ECF.

May 9, 2025

/s/ *Cali R. Spota*
Cali R. Spota